07-22774.or2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

07-22774-CIV-BROWN

THIS IS A CONSENT CASE

JOSE ALBERTO ECHEVERRI, et al.,

        Plaintiff(s),

vs.

JANTREX BUILDING SERVICES,
INC., and NICOLAS CALELLO,
        Defendant(s).
_____/

## ORDER RE: MOTION FOR APPROVAL OF SETTLEMENT

**This matter** is before this Court on Joint Motion for Approval of Settlement..., filed March 6, 2008. The Court has considered the motion and all pertinent materials in the file.

The Court is required to approve the settlement agreement. See Lynn's Food Stores, Inc. v. U.S., 679 F. 2d 1350 (11th Cir. 1982). That case states that the Court may grant said approval "after scrutinizing the settlement for fairness". Id at 1353.

The motion and Confidential Settlement Agreement have been reviewed and the Court is satisfied that there is enough information to evaluate the "fairness" of same. The terms of the settlement can be approved.

In addition, the parties have decided that the Confidential Settlement Agreement, Waiver and Release of Claims will remain same and not be included in the Court file. "[T]he common-law right of access to judicial proceedings, as essential component of our system of justice, is instrumental in securing the integrity of the process". Chicago Tribune v. Bridgestone/Firestone,

263 F. 3d 1304, 1311 (11th Cir. 2001). This is applicable to motions to approve settlement agreements. See <u>Leucadia, Inc. v. Applied Extrusion Techs.</u>, 998 F. 2d 157, 164 (3rd Cir. 1993). See also <u>Pessoa v. Countrywide Home Loans, Inc.</u>, 2007 WL 1017577 (M.D. Fla.); <u>Keemar v. AVCO Corporation</u>, 2007 WL 2696571 (M.D. Fla.). As in <u>Keemar</u>, "the parties offer no grounds sufficient to overcome the public's right to access the documents". <u>Id</u> at *3.

Therefore, and the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that said motion be and the same is hereby **DENIED, without prejudice.** Either the parties will agree to file the settlement agreement or they may file an additional motion setting forth good cause why it should remain out of the Court file.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 17 day of March, 2008.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc:   Counsel of Record